ESTHER MAIER, Respondent, *v.* GEORGE MAIER, Appellant.

Submitted May 25, 1942; decided June 4, 1942.

*John J. Scully* for motion.
*George W. Foy* opposed.

Motion for leave to appeal dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.